AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Pink Motorola Cellular Flip Phone With Evidence Tag Number 2018250600136501, Line item # 3 | )<br>)<br>)  Case No.  **18MJ6187**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B


**YOU ARE COMMANDED** to execute this warrant on or before  ___12/21/18___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Bernard G. Skomal, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: ___12/7/18  9:40 A.M.___                              _____
                                                                                                              *Judge's signature*

City and state:   ___San Diego, California___                     ___Hon. Bernard G. Skomal U.S. Magistrate Judge___
                                                                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

# ATTACHMENT A

The following property (Target Telephone) to be searched:

    Phone Make:    Motorola
    Model:    Flip Phone
    Color:    Pink
    Evidence tag:    case #2018250600136501, Line item # 3.
    Further identifiers: the battery in this item is permanently glued into the phone and hides any further identifiable numbers

Photographs of the Target Telephone are attached below.




# ATTACHMENT B

## ITEMS TO BE SEIZED

Authorization to search the cellular/mobile telephone described in Attachment A includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular/mobile telephone for evidence described below. The seizure and search of the cellular/mobile telephone shall follow the search methodology described in the attached affidavit submitted in support of the warrant.

The evidence to be seized from the cellular telephone will be records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data for the period of June 1, 2018 to September 1, 2018:

a. tending to identify attempts to import methamphetamine or other federally controlled substances with the intent to distribute them within the United States;

b. tending to identify other accounts, facilities, storage devices, and/or services – such as email addresses, IP addresses, and phone numbers – used to facilitate the importation of methamphetamine or other federally controlled substances with the intent to distribute them within the United States;

c. tending to identify co-conspirators, criminal associates, or others involved in the importation of methamphetamine or other federally controlled substances with the intent to distribute them within the United States;

d. tending to identify travel to or presence at locations involved in the importation of methamphetamine or other federally controlled substances with the intent to distribute them within the United States, including stash houses, load houses, and/or delivery points;

e. tending to identify the user of, or persons with control over or access to, the Target Telephone; and/or

f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above, which are evidence of violations of Title 21, United States Code, §§ 952 and 960.